## IN RE ALISSA N.

The petitioner-grandmother's petition for certification for appeal from the Appellate Court, 56 Conn. App. 203 (AC 18596), is denied.

*William A. Snider*, in support of the petition.

Decided February 16, 2000

## JOHN DOE *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 250 (AC 18617), is denied.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Max F. Brunswick*, in support of the petition.

*Cathy A. Dowd*, assistant bar counsel, in opposition.